November 20, 2009

Mr. David M. Gunn
Beck, Redden & Secrest, L.L.P.
1221 McKinney, Suite 4500
Houston, TX 77010-2010

Mr. John B. McArthur
Hosie McArthur LLP
One Market
Spear Tower, 22nd Floor
San Francisco, CA 94105
Mr. David T. Bright
Watts Law Firm, L.L.P.
555 North Carancahua, Suite 1400
Corpus Christi, TX 78748-0801

Mr. Walter C. Thompson Jr.
Barkley & Thompson, L.C.
1515 Poydras St., Ste. 2350
New Orleans, LA 70112

RE: Case Number: 07-0404
 Court of Appeals Number: 13-06-00048-CV
 Trial Court Number: 03-60079-4

Style: EXXON MOBIL CORPORATION
 v.
 DAN GILL, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice O'Neill and Justice Guzman not sitting)

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Ms. Diana T. |
| |Barrera |
| |Mr. David Michael |
| |Rodi |